Order issued October 2, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01279-CV

---

## IN RE TERRY JAMES, Relator

---

Original Proceeding from the County Criminal Court of Appeals No. 1
Dallas County, Texas
Trial Court Cause No. J10-060011-01

---

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


ELIZABETH LANG-MIERS
JUSTICE